THE PEOPLE OF THE STATE OF NEW YORK ex rel. ERIC SMITH, Appellant, v SUSAN KICKBUSH, Respondent.

Submitted May 9, 2016; decided June 14, 2016

Motion for leave to appeal dismissed upon the ground that it does not lie from the order of an individual Justice of the Appellate Division (*see* NY Const, art VI, § 3 [b]; CPLR 5602). Motion for poor person relief dismissed as academic.